UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNATHAN MICHAELS,<br><br>  Defendant. | No. C07-395RSL<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO RESPOND TO REPORT AND RECOMMENDATION |

This matter comes before the Court on plaintiff's "Request for Extension of Time" (Dkt. #25). Plaintiff's motion is GRANTED and he is now given another three weeks to respond to the Report and Recommendation. If plaintiff elects to object to the Report and Recommendation, such objections should be noted for consideration on the Court's calender for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the Court on September 14, 2007.

DATED this 29th day of August, 2007.

/s/ Robert S. Lasnik

Robert S. Lasnik
United States District Judge