UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES V. FARNSWORTH,

        Plaintiff,

        v.

JOHNATHAN MICHAELS,

        Defendant.

CASE NO. C07-395-RSL

ORDER

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1)  The Court adopts the Report and Recommendation;

(2)  Defendant's motion to dismiss (Dkt. #9) is GRANTED;

(3)  Plaintiff's motions for voluntary dismissal (Dkt. #18) is DENIED and for summary judgment (Dkt. #7) is STRICKEN as moot;

(4)  The matter is DISMISSED with prejudice;

(3)  The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

DATED this 21st day of September, 2007.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge